```
 1
 2
 3
 4
 5
 6
 7
 8                        UNITED STATES DISTRICT COURT
 9                       EASTERN DISTRICT OF CALIFORNIA
10
11   BOYD COLE, STEVE COLE, and          No. 2:05-cv-2609-MCE-GGH
     KAREN ALVISO,
12
              Plaintiffs,
13
         v.
14
     MERCK & COMPANY, INC., and
15   MCKESSON CORPORATION,

16            Defendants.
                                    /
17
     AHN DEVERS,                         No. 2:06-cv-0617-LKK-PAN
18
              Plaintiff,
19
         v.
20
     MERCK & CO., INC. and
21   MCKESSON CORPORATION,

22            Defendants.
                                     /
23
```

     The Court has received the Notice of Related Cases concerning the above-captioned cases filed. See Local Rule 83-123, E.D. Cal. (1997). The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

1 | This order is issued for informational purposes only, and shall
2 | have no effect on the status of the cases, including any previous
3 | Related (or Non-Related) Case Order of this Court.
4 |     IT IS SO ORDERED.
5 | DATE: April 21, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE